FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 29 2005

JAMES W. McCORMACK, CLERK
By: _____
                        DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STANLEY FRANK BOYD                                              PLAINTIFF
ADC #102470

VS.                    NO. 1:05CV00038 SWW/HDY

LARRY NORRIS, et al.                                           DEFENDANTS

## JUDGMENT

Pursuant to the Proposed Findings and Recommendation filed in this matter this date, it Considered, Ordered and Adjudged that:

IT IS, THEREFORE, ORDERED that pursuant to 28 U.S.C. § 1915A(b)(1), plaintiff's complaint against defendants is DISMISSED with prejudice.

The Court hereby certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 29th day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE