IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STANLEY FRANK BOYD,                    *
                                       *
                      Plaintiff,       *
vs.                                    *          No. 1:05cv0038 SWW
                                       *
LARRY NORRIS, Director,                *
Arkansas Department of Correction; et al.,  *
                                       *
                      Defendants.      *

ORDER

Before this Court is plaintiff Stanley Frank Boyd's application for a certificate of

appealability [doc.#10].  This Court has the authority to issue such a certificate.  *See, e.g., Cox v.*

*Norris*, 133 F.3d 565, 569 (8th Cir. 1997), *cert. denied*, 119 S.Ct. 89 (1998); *Tiedeman v. Benson*,

122 F.3d 518 (8th Cir. 1997).  A certificate of appealability certifies that the applicant has made a

substantial showing of the denial of a constitutional right, that is, a showing that the issues are

debatable among reasonable jurists, a court could resolve the issues differently, or the issues

deserve further proceedings.  *See, e.g., Carson v. Director of the Iowa Dept. of Correctional*

*Services*, 150 F.3d 973, 975 (8th Cir. 1998), *cert. denied*, 119 S.Ct. 819 (1999).  After reviewing

the record in this case, this Court determines that plaintiff has failed to make the required

showing of the denial of a constitutional right and that his motion seeking a certificate of

appealability should be and hereby is denied.

IT IS SO ORDERED this 29th day of July 2005.


                                        /s/Susan Webber Wright
                                        UNITED STATES DISTRICT JUDGE